JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

8/26/21

Clerk, U.S. District Court
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 21- 28 -BU- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION |
| TAYLOR WIND SET, *aka* Warren Taylor Winsett, | Title 18 U.S.C. § 922(g)(1) (Penalty: Ten imprisonment, $250,000 fine, and three years supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

That beginning on or about March 2018, and continuing until on or about October 1, 2020, in Madison County, in the State and District of Montana, the defendant, TAYLOR WIND SET, *aka Warren Taylor Winsett*, knowing he had

been convicted on or about September 19, 2002, of a crime punishable by imprisonment for a term exceeding one year under the laws of the United States of America, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney