IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–28–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TAYLOR WIND SET, | |
| Defendant. | |

Before the Court is Defendant Taylor Wind Set's Unopposed Motion to Permit Filing of Pretrial Motions and Request for Due Date. (Doc. 23.) Mr. Windset was previously represented by Joslyn Hunt and moved to change his plea. (Docs. 10; 15.) Counsel Michael Donahoe was substituted in for Ms. Hunt at the change of plea hearing and it was vacated given his unfamiliarity with the case. (Docs. 22; 23 at 2.) Counsel for Mr. Wind Set now seeks a reinstatement of the motions deadline in the event it is decided any pretrial motions are necessary. (Doc. 23 at 2.) Mr. Wind Set suggests a motions deadline of January 28, 2022. (*Id.*) The United States does not object. (*Id.*)

Accordingly, IT IS ORDERED the motion (Doc. 23) is GRANTED. Mr. Wind Set shall file any motions on or before January 28, 2022. Any motions practice shall proceed as outlined in the Court's scheduling order (Doc. 13).

DATED this 7th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court